IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CR-00335-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MELLENDEZ VERLEZ HARGROVE, | ) | |
| Defendant. | ) | |

This matter is before the court on Mellendez Verlez Hargrove's letter motion [DE-52]. In his motion, Hargrove summarily argues that he is entitled to relief under 18 U.S.C. § 3582(c)(1)(3) and 18 U.S.C. § 4205(g). The court concludes that Hargrove has failed to show that he is entitled to any sort of relief. Consequently, Hargrove's letter motion [DE-52] is DENIED.

SO ORDERED.

This, the 9th day of March, 2015.

JAMES C. FOX
Senior United States District Judge